UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: ) | Case No. I:09-K-19940-LMI |
| ) | |
| BANKUNITED FINANCIAL ) | Chapter 11 |
| CORPORATION, *et al.*, ) | |
| ) | Judge Isicoff |
| Debtors. ) | |
| ) | |
| _____ ) | Adversary Number: 12-01383-LMI |
| ) | |
| RSUI INDEMNITY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION AS RECEIVER FOR ) | |
| BANKUNITED F.S.B., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### JOINT MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND REVISED SCHEDULING ORDER

The Federal Deposit Insurance Corporation ("FDIC"), as Receiver for BankUnited, FSB, and RSUI Indemnity Company ("RSUI" and, together with the FDIC, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Motion for Continuance of Pretrial Conference and Revised Scheduling Order to (1) request that this Court continue and reschedule the pretrial conference currently scheduled for March 5, 2014; (2) request that this Court issue a new scheduling order; and (3) suggest dates for such an order that the Parties agree are appropriate. The Parties state as follows:

1.  On January 11, 2013, this Court issued its Order Granting Joint Motion for (1) Enlargement of Time for Defendants to File Responses and Answers to Complaint and (2)

Continuance of Pretrial Conference and Related Deadlines (ECF No. 35), setting a pretrial conference for April 3, 2013.

2. On March 29, 2013, this Court issued its Order Granting Joint Motion for Continuance of Pretrial Conference and Revised Scheduling Order (ECF No. 59), setting the close of discovery on September 3, 2013; the deadline for filing dispositive motions as October 4, 2013; and the pre-trial conference for November 6, 2013 at 10:00 a.m.

3. On August 14, 2013, this Court issued its Order Granting Joint Motion for Continuance of Pretrial Conference and Revised Scheduling Order (ECF No. 69 (the "August 14 Scheduling Order"), setting the close of discovery on January 3, 2014; the deadline for filing dispositive motions as February 4, 2014; and the pre-trial conference for March 5, 2014 at 10:00 a.m.

4. The Parties have exchanged Initial Disclosures. The Parties have been diligently conducting discovery and have been working together to resolve their discovery disputes without the intervention of the Court. Although the Parties believe that they will be able to resolve their discovery disputes without Court intervention, they will require additional time to complete discovery. The parties anticipate that a large number of documents will need to be produced and reviewed in this action, which will require some additional time.

5. After conferring in good faith, the Parties have agreed to jointly suggest to this Court the following dates ("Suggested Dates") to replace the dates currently set by the August 14 Scheduling Order:

    a. All discovery to be completed by **April 30, 2014**; and

    b. Dispositive motions to be filed on or before **May 30, 2014**.

6.The Parties also request that the Court reschedule the pretrial conference currently scheduled for March 5, 2014 for a date in **June 2014.**

## RELIEF REQUESTED

In light of the foregoing, the Parties respectfully request that the Court enter an order: (i) setting deadlines for discovery and dispositive motions consistent with the Suggested Dates; and (ii) continue the pretrial conference currently scheduled for March 5, 2014 until June 2014.

Dated:  December 5, 2013Respectfully submitted,

**HUGHES HUBBARD & REED LLP**

By: /s Dennis S. Klein
Dennis S. Klein (Fla. Bar # 0091767)
klein@hugheshubbard.com
Joann M. Velez (Fla. Bar # 0094325)
velezj@hugheshubbard.com
201 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-4332
Tel:  305-358-1666
Fax:  305-371-8759

*Counsel for the Federal Deposit Insurance Corporation*

**SHENDELL & POLLOCK, P.L.**

By: /s Kenneth S. Pollock
Gary R. Shendell (Fla. Bar #964440)
gary@shendellpollock.com
Kenneth S. Pollock (Fla. Bar #69558)
ken@shendellpollock.com
Fountain Square
2700 N. Military Trail, Suite 150
Boca Raton, FL 33431
Tel: 561-241-2323
Fax: 561-241-2330

*Counsel for RSUI Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/Joann M. Velez
Joann M. Velez

## SERVICE LIST

**12-01383-LMI -- ECF Mail Notice List**

| **Counsel for RSUI Indemnity Company**<br>Kenneth S. Pollock, Esq.<br>Gary R. Shendell, Esq.<br>SHENDELL & POLLOCK, PL<br>Fountain Square<br>2700 N. Military Trail, Suite 150<br>Boca Raton, FL  33431<br>ken@shendellpollock.com<br>gary@shendellpollock.com | |
|---|---|