Form CGFCRD3  (11/14/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number:  09–19940–LMI                           Adversary Number: 12–01383–LMI

In re:
Name of Debtor(s):  BankUnited Financial Corporation
―――――――――――――――――――――――――――――――――/

**RSUI Indemnity Company**
Plaintiff(s)

**VS.**

**Bankunited Financial Corporation, The Federal Deposit Insurance Corporation, The Official Committee of Unsecured Creditors of Bank United Financial Corporation, Todd Aronovitz, Allen Bernkrant, Lawrence Blum, Sharon Brown, Alfred Camner, Lauren Camner, Felix Garcia, Robert Green, Mark Jacobson, Hardy Katz, Humberto Lopez, Neil Messinger, Ramiro Ortiz, Albert Smith, Bradley Weiss, James Foster, Clay Wilson, Douglas Sawyer, Roberta Kressel, Abel Iglesias, Carlos Fernandez–Guzman, Hunting Deutsch and Joris Jabouin**
Defendant(s)
―――――――――――――――――――――――――――――――――/

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **January 8, 2014** at **10:30 AM** at the following location:

**Claude Pepper Federal Bldg**
**51 SW First Ave Room 1409**
**Miami FL 33130**

to consider the following:

**Joint Motion of FDIC and RSUI for Continuance of Pretrial On: [(1 Adversary Complaint)] and Revised Scheduling Order . (72)**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 12/9/13**                                    **CLERK OF COURT**
                                                      By: Noemi Sanabria

Courtroom Deputy

Courtroom Deputy