

**ORDERED in the Southern District of Florida on January 10, 2014.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. I:09-K-19940-LMI |
| | ) | |
| BANKUNITED FINANCIAL | ) | Chapter 11 |
| CORPORATION, *et al.*, | ) | |
| | ) | Judge Isicoff |
| Debtors. | ) | |
| _____ | ) | |
| | ) | Adversary Number: 12-01383-LMI |
| RSUI INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANKUNITED FINANCIAL CORPORATION | ) | |
| THE FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION AS RECEIVER FOR | ) | |
| BANKUNITED F.S.B., THE OFFICIAL | ) | |
| COMMITTEE OF UNSECURED CREDITORS | ) | |
| OF BANKUNITED FINANCIAL | ) | |
| CORPORATION, TOD ARONOVITZ, ALLEN | ) | |
| BERNKRANT, LAWRENCE BLUM, SHARON | ) | |
| BROWN, ALFRED CAMNER, LAUREN | ) | |
| CAMNER, FELIX GARCIA, ROBERT GREEN, | ) | |
| MARC JACOBSON, HARDY KATZ, | ) | |
| HUMBERTO LOPEZ, NEIL MESSINGER, | ) | |

| | |
|---|---|
| RAMIRO ORTIZ, ALBERT SMITH, BRADLEY WEISS, JAMES FOSTER, CLAY WILSON, DOUGLAS SAWYER, ROBERT KRESSEL, ABEL IGLESIAS, CARLOS FERNANDEZ-GUZMAN, HUNTING DEUTSCH, AND JORIS JABOUIN, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND REVISED SCHEDULING ORDER (ECF NO. 72)**

**THIS CAUSE,** having come before the Court upon the parties' Joint Motion for Continuance of Pretrial Conference and Revised Scheduling Order (ECF No. 72 (the "Joint Motion")), and the Court read the instant motion and being otherwise fully advised of the premise, it is hereupon

**ORDERED AND ADJUDGED** that:

1. The Joint Motion for Continuance of Pretrial Conference and Revised Scheduling Order is hereby **GRANTED**.

2. All discovery shall be completed by **April 30, 2014**;

3. All dispositive motions shall be filed on or before **May 30, 2014**;

4. The pretrial conference currently scheduled for March 5, 2014 at 10:00 a.m. (ECF No. 69) is rescheduled for June 4, 2014, at 10:00 a.m.

###

3

**Submitted by:**

Dennis S. Klein
klein@hugheshubbard.com
Joann Velez
velezj@hugheshubbard.com
Hughes Hubbard & Reed LLP
*Counsel for the Federal Deposit Insurance Corporation*
201 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-4332
Telephone: 305-358-1666
Facsimile: 305-371-8759

**Copies to:**

**Dennis S. Klein** [Attorney Klein is directed to serve a copy of this order upon all interested parties and file a certificate of service]